Northern District Of Ohio
United States Bankruptcy Court
Ralph Regula U.S. Courthouse
401 McKinley Avenue SW
Canton, OH 44702

**Case No. 18–61969–rk**

**In re:**
Richard L. McKown
**Aka** – Glass Konnection
1861 Mount Zion Road
Mansfield, OH 44903–7550

**Social Security No.:**
xxx–xx–0301

# NOTICE OF DISMISSAL OF CHAPTER 13 CASE

**To the Creditors and Parties in Interest:**

Notice is hereby given that the case filed pursuant to Chapter 13 of the Bankruptcy Code on September 26, 2018 was dismissed without prejudice on November 7, 2018.

**Dated:** November 26, 2018
Form ohnb148

For the Court
Teresa D. Underwood, Clerk