```
                    IN THE UNITED STATES BANKRUPTCY COURT
                         NORTHERN DISTRICT OF OHIO
                              EASTERN DIVISION

IN RE:                              *    CASE NO. 16-61063
Mark Anthony Tufts                       CHAPTER 13 PROCEEDINGS
Keitha (NMN) Tufts                  *
                                         JUDGE RUSS KENDIG
          Debtor(s)                 *
                                         NOTICE
761 Betner Dr.                      *
Mansfield, Ohio  44907
                                    *
xxx-xx-8013
xxx-xx-4347                         *
*****************************************************************
```

**NOTICE OF OBJECTION TO CLAIM**

 The above named debtor(s) have filed an objection to your claim.

 **<u>Your claim may be reduced, modified, or eliminated.</u> You should read these papers carefully and discuss them with your attorney, if you have one.**

 If you do not want the court to approve the objection, or if you want the court to consider your views on the objection, then on **or before January 23, 2017** you or your attorney must:

 File with the court a written request for a hearing or, if the court requires a written response, an answer, explaining your position at:

RALPH REGULA US COURTHOUSE
401 MCKINLEY AVE SW
CANTON, OHIO 44702

 If you mail your (request) (response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

 You must also mail a copy to:

1. ATTORNEY DOUGLAS L. THRUSH
13 PARK AVE. WEST STE. 314
MANSFIELD, OHIO 44902

2. TRUSTEE: TOBY L. ROSEN
400 W. TUSCARAWAS ST.
CANTON, OHIO 44702

1

        3. UNITED STATES TRUSTEE
     200 PUBLIC SQUARE, STE. 20-3300
        CLEVELAND, OHIO 44114

    If you or your attorney does not take these steps, the court may decide that you do not oppose the objection and may enter an order granting said objection.

Date: December 23, 2016        /s/Douglas L. Thrush
                                              ATTORNEY DOUGLAS L. THRUSH
                                              Bar No. 0009941
                                              13 PARK AVE. WEST STE. 314
                                              MANSFIELD, OHIO 44902
                                              419-522-0004

```
              IN THE UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF OHIO
                         EASTERN DIVISION

IN RE:                          *      Case No. 16-61063
Mark Anthony Tufts              *      Chapter 13
Keitha (NMN) Tufts              *      JUDGE RUSS KENDIG
                                *
                                *      OBJECTION TO CLAIM
                    Debtor(s)   *
*************************************************************
```

The above named debtor(s), through their counsel, hereby objects to claim no. 1-1 filed by Richland County Treasurer. This claim did not include taxes for the debtors' real estate located at 761 Betner Dr., Mansfield, Ohio. However, it did include taxes for properties that are being surrendered in the debtors petition and therefore will be paid upon foreclosure.

Wherefore, the debtors pray that claim no. 1-1 filed by Richland County Treasurer shall not be allowed as filed. In the event this claim is not amended adding taxes owed on 761 Betner Dr., Mansfield, Ohio, the amount of $6,000.00 in this claim shall be applied to the property located at 761 Betner Dr., Mansfield, Ohio.

        /s/Douglas L. Thrush
ATTORNEY DOUGLAS L. THRUSH
Bar No. 0009941
13 PARK AVE. WEST STE. 314
MANSFIELD, OHIO 44902
419-522-0004

3

16-61063-rk    Doc 47    FILED 12/23/16    ENTERED 12/23/16 10:56:45    Page 3 of 4

**CERTIFICATE OF SERVICE**

**I certify that on December 23, 2016, a true and correct copy of the foregoing Objection was served:**

**Via the Court's Electronic Case Filing System on these entities and individuals who are listed in the Court's Electronic Mail Notice List:**

**Douglas L. Thrush, douglaslt@embarqmail.com**

**Toby L Rosen   -  lweir@chapter13canton.com**

**And by regular U.S. Mail, postage prepaid, on:**

**Office of the US Trustee, Howard Metzenbaum, US Courthouse, 201 Superior Ave., Cleveland, Ohio 44114.**

**Mr. & Mrs. Mark Tufts, 761 Betner Dr., Mansfield, Ohio 44907.**

**Richland County Treasurer, Bart Hamilton, 50 Park Ave. E., Mansfield, Ohio 44902.**

                                                        **/s/Douglas L. Thrush**
                                                        **Douglas L. Thrush 0009941**
                                                        **13 Park Ave. W. Ste. 314**
                                                        **Mansfield, Ohio  44902**
                                                        **(419) 522-0004**
                                                        **douglaslt@embarqmail.com**