IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:                          *    CASE NO. 16-61063
Mark Anthony Tufts                        CHAPTER 130
Keitha Tufts                    *
                                     JUDGE RUSS KENDIG
            Debtor(s)           *
                                     NOTICE
*****************************************************************
        The above named debtor(s) have filed papers with the court
for amended Plan.

                            NOTICE

        THE RELIEF PRAYED FOR IN THIS AMENDED PLAN WILL BE GRANTED
TEWENTY EIGHT (28) DAYS AFTER ITS DATE OF MAILING UNLESS A WRITTEN
OBJECTION THERETO IS FILED WITH THE  COURT AND SERVED  UPON
DEBTOR('S)(S') ATTORNEY AND THE TRUSTEE.

        Your rights may be affected.  You should read these papers
carefully and discuss them with your attorney, if you have one in this
bankruptcy case.  (If you do not have an attorney, you may wish to
consult one.

        If you do not want the court to approve the amended plan, or if
you want the court to consider your views on the amended plan,  then
on or before **February 11, 2017**, you or your attorney must:

        File with the court a written request for a hearing or, if
the court requires a written response, an answer, explaining your
position at:

                    RALPH REGULA US COURTHOUSE
                    401 MCKINLEY AVE SW
                    CANTON, OHIO 44702


        If you mail your  (request)  (response) to the Court for filing,
you must mail it early enough so the court will receive it on or
before the date stated above.

        You must also mail a copy to:



                    1. ATTORNEY DOUGLAS L. THRUSH
                       13 PARK AVE W. # 314
                       MANSFIELD, OHIO 44902



                              1

2. TRUSTEE: TOBY L. ROSEN
                   400 W TUSCARAWAS ST, 4ᵀᴴ FL
                   CANTON, OHIO 44702


                3. UNITED STATES TRUSTEE
                   200 PUBLIC SQUARE, STE. 20-3300
                   CLEVELAND, OHIO 44114

     If you or your attorney does not take these steps, the court may
decide that you do not oppose the amended plan and may enter an order
granting said plan.

     The confirmation hearing is set for **February 15, 2017 at 2:00**
p.m. at the Ralph Regula US Courthouse, 401 McKinley Ave. SW, Canton,
Ohio 44702.

     Any objections to said Amended Plan shall be in writing and must be filed with the
Court, Counsel for the Debtor(s), and the Chapter 13 Trustee no later than five (5) working days prior to
said hearing.

Date: January 13, 2017                /s/Douglas L. Thrush
                                      ATTORNEY Douglas L. Thrush
                                      Bar No. 0009941
                                      13 Park Ave. W., Ste. 314
                                      Mansfield, Ohio 44902
                                      419-522-0004

2

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on January 13, 2017, a true and correct copy of the foregoing Notice and Amended Plan was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed in the Court's Electronic Mail Notice List:

Toby L Rosen - [lweir@chapter13canton.com](mailto:lweir@chapter13canton.com)

And by regular U.S. Mail, postage prepaid, on:

Office of the US Trustee, Howard Metzenbaum, US Courthouse, 201 Superior Ave., Cleveland, Ohio 44114.

Mr. & Mrs. Mark Tufts 761 Betner Dr., Mansfield, Ohio 44907.

Atty. For Key Bank, Milos Gvozdenovic, 965 Keynote Circle, Brooklyn Heights, Ohio 44131.

Michael Bear, Asst. Prosecutor, 38 S Park St., Mansfield, Ohio 44902.

See attached list:

<div style="margin-left:40%">

/s/Douglas L. Thrush
Douglas L. Thrush 0009941
13 Park Ave. W. Ste. 314
Mansfield, Ohio 44902
(419) 522-0004
[douglaslt@embarqmail.com](mailto:douglaslt@embarqmail.com)

</div>

3

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**

In re: ) **Judge Russ Kendig**
)
_____ ) **Case No. _____**
)
_____ )
)
 ) ☐ **Chapter 13 Form Plan Summary**
**Debtor(s).** ) ☐ _____ **Amended Chapter 13 Plan**

   **Read this carefully.** You are a party in interest in this bankruptcy case. This is a summary based upon a form plan adopted in this court. The full length form controls over the terms of this summary. Special Provisions (paragraph 1) are deviations from the form and should be read with special care. You may review the form plan at www.ohnb.uscourts.gov. The letters and numbers in parentheses in this plan summary are the paragraphs of the Form Plan into which the data would be inserted.

1.  **SPECIAL PROVISIONS:**

  ☐ Continued on attached separate page(s).

2.  _____ % or a pot of $ _____ to general unsecured creditors (E9)

3.  Assumed unexpired leases and executory contracts (B2)

Creditor             Description of asset or contract

_____   _____

_____   _____

_____   _____

  ☐ Continued on attached separate page(s).

  All other leases and executory contracts deemed rejected.

4.  Mortgages or Judgment Liens - Ongoing Monthly Payment (C, E3, E6)

| Creditor | Priority | Property Address | Proposed Pymt/Mo. | To be paid by debtor, trustee, or stripped & not secured |
|---|---|---|---|---|
| _____ | ____ | _____ | _____ | _____ |
| _____ | ____ | _____ | _____ | _____ |
| _____ | ____ | _____ | _____ | _____ |

  ☐ Continued on attached separate page(s).

1

5.    Mortgage Arrears (E4)

| Creditor | Estimated Amount | Rate (%) |
|----------|------------------|----------|
| _____ | _____ | _____% |
| _____ | _____ | _____% |
| _____ | _____ | _____% |

☐    Continued on attached separate page(s).

**Creditors who do not agree to rate of interest must object to confirmation or the rate in this paragraph is deemed to be absolute on confirmation. The amount of arrearage is subject to contrary proof of claim.**

6.    Secured Non-mortgage claims to be paid full current balance (E5)

Creditor:          _____    _____    _____

Collateral:        _____    _____    _____

Date Incurred:     _____    _____    _____

Monthly Payment:   _____    _____    _____

Interest Rate:        _____%                 _____%                 _____%

Estimated Balance:  _____    _____    _____

Paid By:           _____    _____    _____

☐    Continued on attached separate page(s).

7.    Liens to be crammed down but not stripped (E7)

Creditor:          _____    _____    _____

Date Incurred:     _____    _____    _____

Collateral:        _____    _____    _____

Monthly Payment:   _____    _____    _____

Interest Rate:        _____%                 _____%                 _____%

Secured Value:     _____    _____    _____

☐    Continued on attached separate page(s).

**Creditors who do not agree to date incurred, collateral description, monthly payment, interest rate or secured value must object to confirmation or the treatment in this paragraph is deemed to be absolute upon confirmation, except statutory tax liens, which will be paid as allowed.**

2

8.     Priority Claims to be paid in full and estimated as follows (E8)

| Creditor | Source & Year | Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

☐     Continued on attached separate page(s).

9.     The holder(s) of any claim for Domestic Support Obligations pursuant to 11 U.S.C. § 1302(d) shall be paid by the debtor unless specified in Special Provisions. The holder of the Domestic Support Obligation is specified below. If the holder of a claim is a minor, the name and address of such minor has been disclosed to the Trustee contemporaneously with the filing of this plan in compliance with 11 U.S.C. § 112. (B6)

Holder Name:                                _____

Holder's Address (if known):        _____

Address of Child Support            _____

Enforcement Agency (mandatory):  _____

☐     Continued on attached separate page(s).

10.    Payments to Trustee (D)

The debtor will pay to the trustee $ _____ monthly for a minimum of _____ months, or all future disposable income, whichever is greater. Payments shall be by Wage Order on employer ____ by Debtor ("Private Pay") in the form of money order or certified check.

11.    Attorneys Fees are pursuant to the current Administrative Order. Any deviation is in Special Provisions. (E2)

_____          _____
Debtor's signature - name typed below        Debtor's signature - name typed below

_____          _____

_____
Attorney's signature - Name (state bar #), address and phone typed below

_____

_____

_____

_____

3

1.      **Special Provisions**

3.      **Assumed unexpired leases and executory contracts**

Creditor                                         Description of asset or contract

_____          _____
_____          _____
_____          _____

4.      **Mortgages or judgment liens - ongoing monthly payment**

| Creditor | Priority | Property Address | Proposed Pymt/Mo. | To be paid by debtor, trustee, or stripped & not secured |
|---|---|---|---|---|
| _____ | ____ | _____ | _____ | _____ |
| _____ | ____ | _____ | _____ | _____ |
| _____ | ____ | _____ | _____ | _____ |

5.      **Mortgage arrears**

| Creditor | Estimated Amount | Rate (%) |
|---|---|---|
| _____ | _____ | _____% |
| _____ | _____ | _____% |
| _____ | _____ | _____% |

6.      **Secured non-mortgage claims to be paid full current balance**

Creditor:              _____      _____      _____

Collateral:            _____      _____      _____

Date Incurred:         _____      _____      _____

Monthly Payment:       _____      _____      _____

Interest Rate:         _____%           _____%           _____%

Estimated Balance:     _____      _____      _____

Paid By:               _____      _____      _____

4

```
Label Matrix for local noticing          KeyBank N.A.                              Richland County Treasurer
0647-6                                    4910 Tiedeman Road                       38 South Park Street
Case 16-61063-rk                          Brooklyn, OH 44144-2338                  Mansfield, OH 44902-1717
Northern District of Ohio
Canton
Tue Aug  2 10:12:17 EDT 2016

United States Bankruptcy Court            Capital One                              Capital One Bank (USA), N.A.
Ralph Regula U.S. Courthouse              PO Box 30281                             PO Box 71083
401 McKinley Avenue SW                    Salt Lake City, UT 84130-0281            Charlotte, NC  28272-1083
Canton, OH 44702-1745


Chase Bank                                Comenity Bank                            Dewon Tufts
PO Box 15298                              PO Box 182789                            761 Benter Dr
Wilmington, DE 19886-5298                 Columbus, OH 43218-2789                  Mansfield, OH 44907-2707


Dr. John B. Webster                       Enhanced Recovery                        Great Lakes Higher Education
61 N Mujlberry St.                        PO Box 57547                             PO Box 7859
Mansfield, OH 44902-1252                  Jacksonville, FL 32241-7547              Madison, WI 53707-7859


Key Bank                                  Key Bank                                 KeyBank N.A.
127 Public Square                         4910 Tie Demart Rd.                      4910 Tiedeman Rd
Cleveland, OH 44114-1226                  Brooklyn, OH 44144-2338                  Brooklyn, Ohio 44144-2338


Macy's                                    Mechanics Savings Bank                   Midland Funding
Bankruptcy Processing                     2 S Main St                              8875 Aero Dr.
PO Box 8218                               Mansfield, OH 44902-2985                 San Diego, CA 92123-2255
Mason, OH 45040-8218


 (p)PORTFOLIO RECOVERY ASSOCIATES LLC     Professional Medical                     Richland County Treasurer
PO BOX 41067                              4135 S. Stream Blvd, Ste. 400            50 Park Ave East
NORFOLK VA 23541-1067                     Charlotte, NC 28217-4636                 Mansfield, OH 44902-1895


Thomas Kelley                             US DEPT OF EDUCATION                     US Dept of Education
300 Madison Ave.                          CLAIMS FILING UNIT                       PO Box 5609
Toledo, OH 43604-1594                     PO BOX 8973                              Greenville, TX 75403-5609
                                          MADISON WI 53708-8973


Douglas L. Thrush                         Keitha (NMN) Tufts                       Mark Anthony Tufts
13 Park Ave W                             761 Betner Dr.                           761 Betner Dr.
#314                                      Mansfield, OH 44907-2707                 Mansfield, OH 44907-2707
Mansfield, OH 44902-1715


Toby L. Rosen
Toby L. Rosen, Trustee
400 W Tuscarawas Street
Citizens Bank Bldg. 4th Floor
Canton, OH 44702-2044
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Portfolio Recovery                      (d)Portfolio Recovery Associates, LLC
120 Corporate Blvd.                     POB 12914
Norfolk, VA 23502                       Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)KeyBank N.A.                         End of Label Matrix
4910 Tiedeman Rd                        Mailable recipients    27
Brooklyn Oh 44144-2338                  Bypassed recipients     1
                                        Total                  28
```