UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: ) | Case No. 16-61063 |
| ) | |
| Mark Anthony Tufts, ) | Chapter 13 |
| Keitha (NMN) Tufts ) | |
| Debtor(s). ) | Judge Kendig |
| ) | |
| ) | **NOTICE OF SUBSTITUTION OF** |
| ) | **COUNSEL FOR THE RICHLAND** |
| ) | **COUNTY TREASURER** |

Now comes Attorney Stephen Wildermuth, pursuant to Northern District of Ohio Local Rule 2091-1, and substitutes for Michael Bear as counsel for the Richland County Treasurer.

Pursuant to Local Rule 2091-1(b)(1):

Neither the client's signature nor the withdrawing attorney's signature is required if the substituting attorney is a member of the same partnership or legal professional association as the withdrawing attorney and the notice affirmatively states that the substitution is made with the client's knowledge and consent. Local Rule 2091-1(b)(1).

As such the client's consent has been obtained. The Richland County Treasurer consented to the substitution. Both attorneys are Assistant Prosecutors for the Richland County Prosecutor, and as such are members of the same partnership or legal professional association.

Pursuant to 11 U.S. Code § 329, the client is not a debtor and this clause does not apply. However, no special compensation is paid to either attorney for their work on this case.

Pursuant to Rule 2014, Employment of Professional Persons, the attorneys do not move for any special compensation. Attorneys Wildermuth and Bear are salaried employees of Richland County who are requesting no additional compensation beyond their normal compensation in their current position.

Pursuant to Rule 2016, Compensation for Services Rendered and Reimbursement of Expenses, the attorneys do not move for any special compensation. Attorneys Wildermuth and Bear are salaried employees of Richland County who are requesting no additional compensation beyond their normal compensation in their current position.

**/s/ Stephen M. Wildermuth**
**Stephen M. Wildermuth Reg. No. 0042108**
**Assistant Prosecutor**
**38 South Park Street**
**Mansfield, OH 44902**
**419 774 5676**
**swildermuth@richlandcountyoh.us**

**/s/ Michael C. Bear**
**Michael C. Bear, Bar Number 0089213**
**Assistant Prosecutor**
**38 S. Park St.**
**Mansfield, OH 44902**
**419 774 5676**
**mbear@richlandcountyoh.us**

## CERTIFICATE OF SERVICE

I certify that on February 7, 2017 a true and correct copy of the <u>NOTICE OF SUBSTIUTION OF COUNSEL FOR THE RICHLAND COUNTY TREASURER</u> was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

- **Michael C. Bear** michael.bear.esq@gmail.com, mbear@richlandcountyoh.us
- **Milos Gvozdenovic** mgvozdenovic@weltman.com, ecfndoh@weltman.com
- **Richland County Treasurer** mbear@richlandcountyoh.us
- **Toby L. Rosen** trosen@chapter13canton.com, trosen@ecf.epiqsystems.com
- **Douglas L. Thrush** douglaslt@embarqmail.com
- **United States Trustee** (Registered address)@usdoj.gov

And by regular U.S. Mail, postage prepaid, on:
**Stanley Baumberger**
69 Eleanor Avenue
Mansfield, OH 44906

**/s/ Stephen M. Wildermuth**
**Stephen M. Wildermuth Reg. No. 0042108**
**Assistant Prosecutor**
**38 South Park Street**
**Mansfield ,OH 44902**
**419 774 5676**
**swildermuth@richlandcountyoh.us**

**/s/ Michael C. Bear**
**Michael C. Bear, Bar Number 0089213**
**Assistant Prosecutor**
**38 S. Park St.**
**Mansfield, OH 44902**
**419 774 5676**
**mbear@richlandcountyoh.us**