**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



Russ Kendig
United States Bankruptcy Judge

**Dated: 04:26 PM March 1, 2017**

```
              IN THE UNITED STATES BANKRUPTCY COURT
                   NORTHERN DISTRICT OF OHIO
                        EASTERN DIVISION

IN RE:                              *    Case No. 16-61063
  Mark Anthony Tufts                *    CHAPTER 13
  Keitha (NMN) Tufts                *
                                    *    JUDGE RUSS KENDIG
                                    *
          DEBTORS                   *    AGREED ORDER SETTLING
                                    *    THE OBJECTION TO CLaim
                                    *    NO. 1-1
                                    *
****************************************************************
```

This matter is before the Court on the objection to the claim filed by the Richland County Treasurer.

The Richland County Treasurer and the Debtors agree that the amount of taxes owed on the real estate located at 761 Betner Dr. located in Mansfield, Ohio had a balance owed in the amount of $8,656.28 as of the date of filing their Chapter 13 bankruptcy. The property located at 236 Gerke Ave., Mansfield,

1

Ohio had a balance owed on the real estate taxes in the amount of $1,240.94 as of the date of filing their Chapter 13 bankruptcy.

Therefore, claim no. 1-1 shall be paid as stated above on the properties located at 761 Betner Dr. and 236 Gerke Ave., in Mansfield, Ohio totaling $9,897.22. No further amount shall be paid by the Chapter 13 Trustee inside the Plan upon the claim of $25,196.45 unless the Richland County Treasure files an amended claim for the unsecured deficiency of the two properties being surrendered which is Bell Street in Mansfield, Ohio and 145 Bowman St. in Mansfield, Ohio.

IT IS SO ORDERED.

###

Approved By:


/s/Douglas L. Thrush
Douglas L. Thrush
Attorney for Debtors
13 Park Ave. W., Ste. 314
Mansfield, Ohio 44902
419-522-0004

Robert P. Harbert (Ohio Bar ID 0065285)
Digitally signed by Robert P. Harbert (Ohio Bar ID 0065285)
DN: cn=Robert P. Harbert (Ohio Bar ID 0065285), o=Toby L. Rosen, Standing Chapter 13 Bankrutpcy Trustee, ou=Staff Counsel, email=rharbert@chapter13canton.com, c=US
Date: 2017.02.28 14:38:44 -05'00'

Toby L. Rosen
Chapter 13 Trustee
400 W. Tuscarawas St.
Citizens Bank Bldg. 4th Fl
Canton, Ohio  44702


/s/Stephen M. Wildermuth
Stephen M. Wildermuth
Asst. Prosecutor

2

38 S. Park St.
Mansfield, Ohio 44902
419-774-5676
Attorney for Richland County Treasurer
Reg. No. 0042108

Parties to receive a copy of the Order:

1. U.S. Trustee, E Mailed.

2. Douglas L. Thrush, Attorney for debtors, E Mailed.

3. Toby L. Rosen, E Mailed.

4. Mr. & Mrs. Mark Tufts, 761 Betner Dr., Mansfield, Ohio 44907.

5. Richland County Treasurer c/o Michael Bear, Asst. Prosecutor, 38 S. Park St., Mansfield, Ohio 44902.