```
                          United States Bankruptcy Court
                            Northern District of Ohio
In re:                                                    Case No. 16-61063-rk
Mark Anthony Tufts                                        Chapter 13
Keitha (NMN) Tufts
        Debtors                 CERTIFICATE OF NOTICE
District/off: 0647-6        User: lbald              Page 1 of 1           Date Rcvd: Jun 21, 2018
                            Form ID: pdf818          Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2018.
db/db     +Mark Anthony Tufts,   Keitha (NMN) Tufts,   761 Betner Dr.,   Mansfield, OH 44907-2707
app       +Stanley Baumberger,   69 Eleanor Avenue,   Mansfield, OH 44906-2705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +E-mail/Text: key_bankruptcy_ebnc@keybank.com Jun 21 2018 22:24:49     KeyBank N.A.,
             4910 Tiedeman Road,   Brooklyn, OH 44144-2338
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2018 at the address(es) listed below:
              Douglas L. Thrush    on behalf of Debtor Mark Anthony Tufts douglaslt@embarqmail.com
              Douglas L. Thrush    on behalf of Debtor Keitha (NMN) Tufts douglaslt@embarqmail.com
              Milos Gvozdenovic    on behalf of Creditor    KeyBank N.A. mgvozdenovic@weltman.com,
               ecfndoh@weltman.com
              Richland County Treasurer    mbear@richlandcountyoh.us
              Stephen M. Wildermuth    on behalf of Attorney    Richland County Treasurer
               swildermuth@richlandcountyoh.us
              Toby L. Rosen    trosen@chapter13canton.com,    trosen@ecf.epiqsystems.com
                                                                                             TOTAL: 6

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.



Entered pursuant to Administrative Order No. 16-02, Teresa D. Underwood, Clerk of Court

By: /s/ Lynn Baldwin
     Deputy Clerk

Dated: 08:32 AM June 21, 2018

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 PROCEEDINGS |
| MARK ANTHONY TUFTS | : | CASE NO: 16-61063 |
| KEITHA (NMN) TUFTS | : | JUDGE RUSS KENDIG |
| DEBTOR(S) | : | ORDER TO LIMIT NOTICE |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

    **This Matter** came before the Court on the Trustee's Motion to Limit Notice filed on June 20, 2018. Trustee represented that the corresponding Modification did not adversely affect creditors and the modification only increased payments.

    It is **ORDERED** that the Trustee must send notice to only the Debtor(s) and the Debtor(s)' Attorney on the Trustee's modification of plan filed June 20, 2018.

    I hereby certify that this Order complies with Administrative Order No. 16-02. Signed under the penalty of perjury.

/S/ Toby L. Rosen
**Toby L. Rosen, Chapter 13 Trustee**

                                            ###

                                                                       Form 27

SERVICE LIST:

MARK ANTHONY and KEITHA TUFTS
761 BETNER DR.
MANSFIELD, OH 44907

DOUGLAS THRUSH
13 PARK AVE WEST SUITE 314
MANSFIELD, OH 44902