| | | |
|---|---|---|
| BART HAMILTON<br>RICHLAND TREASURER<br>50 PARK AVE EAST<br>MANSFIELD OH 44902 | | REAL PROPERTY<br>2nd HALF 2017<br>DUE 10/10/2018 |

| PARCEL LOCATION: 145 BOWMAN ST | PARCEL ID: 027-03-084-10-000 |
|---|---|
| | TAX DISTRICT: MANSF CTY MANSF |
| 443<br>TUFTS MARK A<br>761 BETNER DR<br>MANSFIELD OH 44907 | OWNER NAME: TUFTS MARK A |
| | STUB # 34610 |
| | LEGAL INFORMATION:<br>961 E PT 40 X 82 / 143 BOWMAN 145 |

| Gross Tax Rate | 94.95 | Non Business Credit Factor | .083655 | Acres | |
|---|---|---|---|---|---|
| Reduction Factor | .280229026 | Owner Occupancy Credit Factor | .020913 | Class | R |
| Effective Tax Rate | 68.342254 | | | LUC | 500 |

### APPRAISED VALUE

| Land | Building | Total |
|---|---|---|
| 2,990 | 0 | 2,990 |

### TAX VALUES / CURRENT TAX DISTRIBUTION

| Tax Values | Amount | Current Tax Distribution | Amount |
|---|---|---|---|
| Gross Taxes | 99.76 | Richland County | 9.23 |
| Reduction Factor | -27.96 | Mansfield Twp | 0.12 |
| Subtotal | 71.80 | Mansfield Csd | 48.37 |
| Non Business Credit | -6.02 | Mansfield Corp | 3.27 |
| Owner Occupancy Credit | 0.00 | Public Health | 1.26 |
| Homestead Reduction | 0.00 | Mans Rich Library | 3.53 |
| CAUV Recoupment | 0.00 | Special Assessment | 0.00 |
| Farm Rollback | 0.00 | | |
| Current Net Taxes | 65.78 | | |
| Current Assessments | 0.00 | | |
| Current Water Charges | 0.00 | | |
| Current Net Taxes & Asmts (YEAR) | 65.78 | Total | 65.78 |
| Current Net Taxes & Asmts (HALF) | 32.89 | | |
| Penalties | 10.20 | | |
| Interest | 140.82 | | |
| Adjustments | 0.00 | | |
| Delinquent General Taxes | 3,357.28 | | |
| Delinquent Assessments | 132.43 | | |
| Delinquent Water Charges | 0.00 | | |
| Omitted Taxes | 0.00 | | |

### TAXABLE VALUE

| Land | Building | Total |
|---|---|---|
| 1,050 | 0 | 1,050 |

| HOMESTEAD | CAUV Value | TIF Value |
|---|---|---|
| | 0 | 0 |

### SPECIAL ASSESSMENT

| Proj# and Description | Delinquent | Current |
|---|---|---|
| 31381-MANSF WEED REMO | 137.77 | 0.00 |
| Total | 137.77 | 0.00 |

**TO AVOID 10% PENALTY PAY ON OR BEFORE**

**10/10/18**

If you need a stamped receipt, return entire bill with a self-addressed stamped envelope. No receipt will be returned unless requested

Your cancelled check is a valid receipt

| | |
|---|---|
| FULL YEAR TOTAL | 3,706.51 |
| PAYMENTS | |
| OTHER CREDITS | |
| BALANCE DUE | 3,706.51 |
| TaxBill prepared on 11/20/18 | |

Return Bottom Portion with Payment

BART HAMILTON
RICHLAND TREASURER
50 PARK AVE EAST
MANSFIELD OH 44902

**REAL PROPERTY**
**2nd HALF 2017**
**DUE 10/10/2018**

PARCEL LOCATION: 145 BOWMAN ST | PARCEL ID: 027-03-084-10-000

OWNER NAME: TUFTS MARK A | MAKE CHECK PAYABLE TO:
**BART HAMILTON, RICHLAND COUNTY TREASURER**

TaxBill prepared on 11/20/18
Page/Line: 443

STUB # 34610

TUFTS MARK A
761 BETNER DR
MANSFIELD OH 44907

**PAY THIS AMOUNT**

**BALANCE DUE: $3,706.51**

0000000027030841000000003630530000370651000037065l

16-61063-rk    Doc 90-1    FILED 11/21/18    ENTERED 11/21/18 11:27:08    Page 1 of 1