EXHIBIT B

Case Number 16-61063

STATE OF OHIO      )
                   )
COUNTY OF RICHLAND )    AFFIDAVIT

The undersigned, being duly sworn, deposes and states the following:

[1] I am the duly appointed, sworn, and acting Chief Deputy Treasurer for Richland County, Ohio, and I have personal knowledge of the matters stated herein;

[2] I have examined the real estate tax duplicate for the permanent parcel number 027-03-084-10-000, and the sum of not less than $3,706.51, including taxes, assessments, charges, penalties, and interest are due, unpaid, and delinquent for which the State of Ohio holds the first and best lien against the parcel;

[3] The total appraised value of permanent parcel number 027-04-116-08-000 as shown on the real property tax bill prepared on November 20, 2018, is $2,990.00.

_____
Matthew T. Finfgeld
Chief Deputy Treasurer
Office of the Richland County Treasurer
50 Park Avenue East
Mansfield, Ohio 44902

NOTARY ACKNOWLEDGEMENT

Sworn to and subscribed in my presence this 21 day of November, 2018.

JONATHON C. ELGIN
Attorney at Law
NOTARY PUBLIC
STATE OF OHIO
My Commission Has
No Expiration Date
Section 147.03 O.R.C.

_____
Notary Public