| In re: | ) | |
|---|---|---|
| | ) | Case No. 16-61063 |
| MARK ANTHONY TUFTS | ) | |
| KEITHA (NMN) TUFTS | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Russ Kendig |
| | ) | |
| | ) | Trustee Dynele L Schinker-Kuharich |
| | ) | |

## NOTICE OF MOTION FOR RELIEF FROM STAY
## BY RICHLAND COUNTY TREASURER

RICHLAND COUNTY TREASURER has filed papers with the court to obtain relief from the automatic stay imposed in the above captioned case with respect to the property situated at 145 Bowman Street, Mansfield, Richland County, Ohio, identified by permanent parcel number 027-03-084-10-000. The preliminary hearing on this Motion, if any is required, is set for December 27, 2018 at 10:00 AM at the United States Bankruptcy Court, Ralph Regula U.S. Courthouse, 401 McKinley Ave SW., Canton, OH 44707.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may wish to consult one.**

If you do not want the court to grant relief from the automatic stay imposed in the above captioned case with respect to the property situated at 145 Bowman Street, Mansfield, Richland County, Ohio, identified by permanent parcel number 027-03-084-10-000, or if you want the court to consider your views on the motion, then on or before December 20, 2018, you or your attorney must file with the court a written response stating with particularity the basis for your objection or opposition:

16-61063-rk    Doc 94    FILED 11/27/18    ENTERED 11/27/18 13:31:14    Page 1 of 3

Clerk of Courts
U.S. Bankruptcy Court
401 McKinley Ave SW
Canton, Ohio 44702
*Attorneys must file a response via the court's ECF/CM interface.*

If you mail your request or response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

Jonathon C. Elgin
38 S Park St. 2nd Floor
Mansfield, OH 44902
jcelgin@richlandcountyoh.us
*Attorney for Creditor Richland Co. Treasurer*

Milos Gvozdenovic
Weltman, Weinberg, & Reis Co., L.P.A.
65 Keynote Circle
Brooklyn Heights, OH 44131
*Attorney for Creditor Key Bank*

Dynele L Schinker-Kuharich
200 Market Avenue North, Suite 30
Canton, Ohio 44702
*Trustee*

If you have not already been served with a copy of the Motion, you may obtain a copy of the Bankruptcy Court Clerk's office, through the Bankruptcy Court's PACER system, or by contacting the Attorney for Richland County Treasurer, who can be reached at the address above or via phone at 419-774-5676. If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated 11/27/2018

/s/Jonathon C. Elgin
Jonathon C. Elgin (0096390)
Assistant Prosecuting Attorney
Richland County Prosecutor's Office
38 South Park Street, Second Floor
Mansfield, OH 44902
419-774-5676
jcelgin@richlandcountyoh.us
*Attorney for Movant*

2

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on November 27, 2018, a true and correct copy of the foregoing NOTICE OF MOTION BY RICHLAND COUNTY TREASURER was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

> Milos Gvozdenovic on behalf of Key Bank, Creditor, at
> mgvozdenovic@weltman.com
>
> Douglas L. Thrush on behalf of Mark and Keitha Tufts, debtors, at
> douglaslt@embarqmail.com
>
> Dynele L Schinker-Kuharich on behalf of the Cahpter 13 Trustee's office at
> DLSK@Chapter13Canton.com

Any by regular U.S. mail, postage prepaid on:

> Mark and Keitha Tufts at 761 Betner Dr., Mansfield, OH 44907

/s/ Jonathon C. Elgin
Jonathon C. Elgin (0096390)

3