**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



Russ Kendig
United States Bankruptcy Judge

**Dated: 01:49 PM December 26, 2018**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 16-61063 |
| | ) | |
| MARK ANTHONY TUFTS | ) | |
| KEITHA (NMN) TUFTS | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Russ Kendig |
| | ) | |
| | ) | <u>ORDER GRANTING MOTION OF</u> |
| | ) | <u>RICHLAND COUNTY TREASURER</u> |
| | ) | <u>FOR RELIEF FROM STAY</u> |
| | ) | |
| | ) | Unnumbered lot Bell Street, Mansfield, |
| | ) | Richland County, Ohio |
| | ) | |
| | ) | Parcel #: 027-04-002-09-000 |

This matter came before the Court on the Motion for Relief from Stay (the "Motion") filed by RICHLAND COUNTY TREASURER ("Movant"). Movant has alleged that good cause for granting the Motion exists, and that Debtors, counsel for the Debtors, the Chapter 13 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

1

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall discontinue all payments to Movant on its claim under the Chapter 13 Plan filed by the Debtor(s). Movant is directed to file a report of sale promptly following liquidation of the property unnumbered lot Bell Street, Mansfield, Richland County, Ohio, identified as permanent parcel number 027-04-002-09-000 (the "Collateral"), if any excess proceeds are received. Should Movant seek to file any unsecured deficiency claim, Movant shall do so no later than 90 days after this Order is entered. If the Collateral has not been liquidated, the deficiency claim is to be estimated.

*IT IS SO ORDERED.*

\# \# \#

SUBMITTED BY:

/s/Jonathon C. Elgin
Jonathon C. Elgin (0096390)
Assistant Prosecuting Attorney
Richland County Prosecutor's Office
38 South Park Street, Second Floor
Mansfield, OH 44902
419-774-5676
jcelgin@richlandcountyoh.us
*Attorney for Movant*

**SERVICE LIST:**

**Dynele L Schinker-Kuharich, Trustee**
200 Market Avenue North, Ste. LL30
Canton, OH 44702

**Douglas L. Thrush**
13 Park Ave W #314
Mansfield, OH 44902-1714

**Keitha (NMN) Tufts**
761 Betner Dr.
Mansfield, OH 44907

**Mark Anthony Tufts**
761 Betner Dr.
Mansfield, OH 44907